August 26, 2011

Ms. Beth Ellen Klusmann
Assistant Solicitor General
Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, TX 78711-2548
Ms. Marisa Schouten
Martin Walker PC | Attorneys at Law
522 S. Broadway, Suite 200
Tyler, TX 75702

RE: Case Number: 10-0674
 Court of Appeals Number: 05-09-01312-CV
 Trial Court Number: 09-05981-K

Style: AUSTIN STATE HOSPITAL, DR. VIKAR NUZHATH AND DR. ERIK LINDFORS
 v.
 JOEL GRAHAM

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/082611.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Lisa Matz |
| |Mr. Gary |
| |Fitzsimmons |